IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. LEE BROWN | * |
| Plaintiff | * |
| VS. | *   NO: 3:08CV00173 SWW |
| KIM DALY BROWN, ET AL. | * |
| Defendants | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 30TH DAY OF JANUARY, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE